**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 18, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00190-CV

---

### STACEY HARTWIG, Appellant

### V.

### NEUROLOGICAL FITNESS AND RECOVERY FACILITIES II, LLC D/B/A NEUFIT; NEUROLOGICAL FITNESS EQUIPMENT AND EDUCATION, LLC; GARRETT SALPETER, AND TAYLER THATCHER, Appellees

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-008222**

---

### MEMORANDUM OPINION

The appellant has filed an unopposed motion to dismiss the appeal, explaining that the parties have settled their dispute. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.